# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ASHLEY MESSINA

VERSUS

TRAMEL TOLLIVER, COLONIAL
LOGISTICS, LLC, AND PRIME
INSURANCE COMPANY

NO. 2024 CW 0366

**JUNE 18, 2024**

---

In Re: Prime Insurance Company and Tramel Tolliver and Colonial
Logistics, LLC, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
699136.

---

**BEFORE: GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT DENIED.**

JMG
PMc
JEW

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT